# EXHIBIT 1

Exhibit 1 Page 11

Contact Us (/page/ContactUsPageNew) | Print Page | Report Abuse | Sign In (/login.aspx) | Register (/general/register_start.asp)

(/)

MENU

# PubU Online: Forget Amazon: How to 10x Your Book Sales Online

Register    View Registrations (/events/RSVPlist.aspx?id=1387830)    Tell a Friend (/members/send.asp?event=1387830)



**12/16/2020**

**When:** Wednesday, December 16, 2020
10:00 AM to 11:00 AM Pacific

**Where:** Online via WebEx
United States

**Contact:** Lee Wind
lee@ibpa-online.org (mailto:lee@ibpa-online.org)
310-546-1818

Register / RSVP

*Online registration is available until: 12/16/2020*
- View the 48 people who have already registered (/events/RSVPlist.aspx?id=1387830)

« Go to Upcoming Event List (/events/event_list.asp)

Exhibit 1 Page 12

## "Forget Amazon: How to 10x Your Book Sales Online"

*How can you leverage marketing funnels, Facebook and Instagram Ads, and remarketing to sell your books? Jason Kutsai has been able to sell over 5,000 books a day online, and he'll show you how.*



Click Here to Register for ALL IBPA Publishing University Online Sessions (July - December 2020) - Save 50%! (https://www.ibpa-online.org/store/ViewProduct.aspx?id=16445235)

### About the Program

Learn how to sell your books online directly to consumers at scale with paid Facebook and Instagram ads. This session will feature case studies on how Jason Kutasi, CEO of Puppy Dogs & Ice Cream Books, has been able to sell over 5,000 books a day online.

This session will cover:

- Building product marketing funnels
- Creating engaging ads
- Remarketing with Google, Youtube, Email, and SMS messaging

Once you own the customer, you can always remarket to them for free. Attend this IBPA PubU Online webinar with Jason to learn how!



*Jason Kutasi*

### About the Presenter

**Jason Kutasi** is the CEO of Puppy Dogs & Ice Cream Inc. and CEO of Del Mar Capital. After 12 years in private equity and hedge funds, Jason started an online real estate company which failed, but he learned a lot. Jason then joined the founding team of a digital marketing platform that was acquired by Capital One. Next, Jason started an advertising agency where, as one guy, he was the largest paid advertiser on Yahoo for two years in a row. After growing the agency and generating $10's of Million in revenue a year, Jason decided to get into the kids book space. His first title sold 4,500 copies in November of 2017. In 2018, he sold $1.45M with just two titles. In 2019, Puppy Dogs & Ice Cream ("PDIC") had grown to over 20 self-published titles. This year, 2020, PDIC has moved into the publishing space, with the most competitive royalty structure in the industry, and is on pace to do $20M in revenue, all direct to consumer.

**Puppy Dogs & Ice Cream Books website (https://shop.puppydogsandicecream.com/)**

**Puppy Dogs & Ice Cream Books on Facebook (https://www.facebook.com/PDICBook)**

### The Fine Print

*Can't attend this webinar live? Sign up anyway and watch the recorded session at a time suitable to you. Everyone who registers will receive an email with the video recording of the webinar and a copy of the presenter slides and/or handouts by the end of Friday, December 18, 2020.*

*\*Please note that registrations received after 9:30am Pacific the morning of the webinar won't receive the WebEx log in instructions in time to attend live, but will receive the full video recording and presenter slides/handouts when they are sent out the Friday after the webinar.\**

**RELATED PRODUCTS**

 Green-Light ...
 Guide to Rig...
 How to Self-...
 Online Mark...
 Publishing fo...
 Register You...
 The Languag...
 The Languag...

 The Languag...

Exhibit 1 Page 13

## Connect With Us

(http://www.linkedin.com/company/independent-book-publishers-association) (mailto:info@ibpa-online.org) (http://www.facebook.com/IBPA) (http://twitter.com/ibpa) (http://instagram.com/ibpaonline/) (http://www.youtube.com/user/IBPAonline)

1020 Manhattan Beach Blvd., Suite 204 Manhattan Beach, CA 90266

**Terms of Use and Privacy Policy** (https://www.ibpa-online.org/page/Terms-of-Use-Privacy-Policy)

**P:** 310-546-1818 **F:** 310-546-3939 **E:** info@IBPA-online.org (mailto:info@IBPA-online.org)

© 2019 Independent Book Publishers Association

Membership Management Software Powered by YourMembership (http://www.yourmembership.com/) :: Legal (/ams/legal-privacy.htm)

Exhibit 1 Page 14