# EXHIBIT 2

Exhibit 2 Page 15

