1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL GREENBERG, INDIVIDUALLY AND ON BEHALF OF MINOR V.G.,<br><br>Plaintiff,<br><br>v.<br><br>PUPPY DOGS AND ICE CREAM, INC., and DOES 1 – 20,<br><br>Defendants. | Case No. 20-cv-02125-LAB-DEB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITION TO APPROVE MINOR'S SETTLEMENT |

The parties filed a joint motion to approve minor Plaintiff's settlement (Dkt. No. 13). The matter was referred to Magistrate Judge Daniel Butcher, who issued a report and recommendation ("R&R"), finding the compromise proper under controlling precedent. No objections to the R&R were filed. The Court has reviewed it, finds it to be correct, and **ADOPTS** it. The Parties' Joint Petition to Approve Minor's Settlement (Dkt. No. 10) is **GRANTED**.

Because the compromise settles all claims, it appears no more issues remain to be litigated. If other matters remain to be litigated, the parties should jointly file a notice identifying them, no later than June 1, 2021. If no notice is filed, the Court will dismiss

1  the action. If the parties agree the case can be dismissed, they should file a joint motion
2  to dismiss that complies with the Court's standing order in civil cases, ¶ 2(a).

3  Dated:   May 24, 2021

*[signature: Larry A. Burns]*

Honorable Larry Alan Burns,
United States District Judge

ORDER                                                            CASE NO. 20-cv-02125-LAB-DEB